UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,　　　　　　　　　　　No. 2:10-cv-01340-MCE-CKD

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　ORDER CONTINUING TRIAL

RITE AID CORPORATION, et al.,

　　　　Defendants.
_____/

　　YOU ARE HEREBY NOTIFIED the February 4, 2013 bench trial is vacated and continued to **March 18, 2013**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 10, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

　　Accordingly, the December 13, 2012 Final Pretrial Conference is vacated and continued to **January 24, 2103,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 3, 2013,** and shall comply with the procedures outlined in the Court's December 1, 2010 Pretrial Scheduling Order.

///

1

1  The personal appearances of the trial attorneys or person(s) in
2  pro se is mandatory for the Final Pretrial Conference.
3  Telephonic appearances for this hearing are not permitted.
4     Any evidentiary or procedural motions are to be filed by
5  **January 3, 2013.**  Oppositions must be filed by **January 10, 2013,**
6  and any reply must be filed by **January 17, 2013.**  The motions
7  will be heard by the Court at the same time as the Final Pretrial
8  Conference.
9     IT IS SO ORDERED.

Dated: November 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE