Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff


Marc B. Koenigsberg, SBN 204265
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

Attorney for Defendant
Thrifty Payless, Inc., dba Rite Aid #06266

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Dodson,<br><br>    Plaintiff,<br><br>    v.<br><br>Rite Aid Corporation, et al.,<br><br>    Defendants. | Case No. 2:10-cv-01340-MCE-CKD<br><br>**Order re: Stipulation for Dismissal** |

1    Pursuant to the Stipulation for Dismissal filed by the parties on February 7, 2012, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Clerk of Court is hereby directed to close the file.

Dated: February 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE