1  Lynn Hubbard, III, SBN 69773
2  Scottlynn J Hubbard, IV, SBN 212970
   **DISABLED ADVOCACY GROUP, APLC**
3  12 Williamsburg Lane
   Chico, CA 95926
4  Telephone: (530) 895-3252
5  Facsimile: (530) 894-8244

6  Attorneys for Plaintiff

7

8  Marc B. Koenigsberg, SBN 204265
   **GREENBERG TRAURIG, LLP**
9  1201 K Street, Suite 1100
   Sacramento CA 95814
10 Telephone: (916) 442-1111
11 Facsimile: (916) 448-1709

12 Attorney for Defendant
   Thrifty Payless, Inc., dba Rite Aid #06266
13

14
                    THE UNITED STATES DISTRICT COURT
15
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
16

17

18 Robert Dodson,                )
                                 )  Case No. 2:10-cv-01340-MCE-CKD
19      Plaintiff,               )
                                 )
20                               )
                                 )
21      v.                       )
                                 )  **Order re: Stipulation for Dismissal**
22 Rite Aid Corporation, et al., )
                                 )
23                               )
        Defendants.              )
24                               )
                                 )
25 _____)

26

27

28

1  Pursuant to the Stipulation for Dismissal filed by the parties on
2  February 7, 2012, IT IS HEREBY ORDERED that this action is hereby
3  dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil
4  Procedure. The Clerk of Court is hereby directed to close the file.

Dated: February 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE